IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

Case Number: 3:22-cv-01201-TJC-MCR

GS HOLISTIC, LLC,

      Plaintiff,

v.

HAVANA SMOKE SHOP INC d/b/a HAVANA SMOKE SHOP, BRENTT ISAAC, BASEL HABABA, and FADI LABAD,

      Defendants,
_____/

## NOTICE OF SETTLEMENT

The Plaintiff, GS HOLISTIC, LLC, by and through its undersigned counsel, hereby provides notice to the Court that all parties have settled all claims in this matter and are finalizing a Confidential Settlement Agreement. The Parties will soon dismiss this case, upon finalization of the agreed upon terms of the Settlement Agreement.

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on November 1, 2024, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF to serve on all counsel of record.

*/s/ David L. Perry II*
David L. Perry II, Esq
Fla Bar No. 1045902
**THE TICKTIN LAW GROUP**
270 SW Natura Avenue
Deerfield Beach, Florida 33441
Serv600@LegalBrains.com
Serv514@LegalBrains.com
Telephone: 954-570-6757
*Attorney for the Plaintiff*
